IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ADAM C. BRASEEL, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:22-cv-298 |
| | ) | |
| v. | ) | |
| | ) | |
| GRUNDY COUNTY GOVERNMENT; | ) | **JURY DEMAND (12)** |
| ESTATE OF BRENT MYERS, Former Grundy | ) | |
| County Sheriff, in his individual capacity; | ) | |
| LONNIE CLEEK, Former Grundy County | ) | |
| Sheriff Chief Deputy, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF LONNIE CLEEK
## WITH PREJUDICE AND ON THE MERITS

Now come the parties, by and through counsel, and hereby stipulate to the dismissal of Defendant Lonnie Cleek from this lawsuit with prejudice and on the merits and without finding of liability.

This 16th day of May, 2024.

                    Respectfully submitted,

                    **KATHLEEN T. ZELLNER &**
                    **ASSOCIATES, P.C.**

                    By: */s/ Kathleen T. Zellner (by BTHjr w/perm.)*
                        Kathleen T. Zellner (*pro hac vice*)
                        Attorney for Plaintiff
                        4580 Weaver Parkway, Suite 204
                        Warrenville, IL 60555
                        P: (630) 955-1212
                        F: (630) 955-1111

                    **BRAZIL CLARK, PLLC**

                    By: *Wesley Clark (by BTHjr w/perm.)*
                        Wesley Clark, BPR#: 32611
                        Attorney for Plaintiff
                        2901 Dobbs Avenue

Nashville, TN 37211
P: 615-730-8619
wesley@brazilclark.com

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr. (BPR #019105)
Attorney for Grundy County, Tennessee;
Estate of Brent Myers, and Lonnie Cleek
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com