# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ADAM C. BRASEEL, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 1:22-cv-298 |
| ) | |
| v. ) | |
| ) | |
| GRUNDY COUNTY GOVERNMENT; ) | **JURY DEMAND (12)** |
| ESTATE OF BRENT MYERS, Former Grundy ) | |
| County Sheriff, in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-styled case and, pursuant to Rule 41(a)(1)(A)(II) of the *Federal Rules of Civil Procedure* and Local Rule 68.1, file with the Court their joint stipulation of voluntary dismissal with prejudice and on the merits of the above-styled matter. The parties further announce that they have fully and finally resolved all matters that were or could have been raised and asserted in the above litigation, and the parties stipulate that the instant dismissal with prejudice on the merits be filed of record and the above case be dismissed with prejudice and on the merits.

The parties further stipulate that each party will be responsible for their own respective costs, including attorney's fees, and no award of discretionary costs shall be sought.

This 22nd day of May, 2024.

                                                  Respectfully submitted,

                                                  **KATHLEEN T. ZELLNER &**
                                                  **ASSOCIATES, P.C.**

                                    By:    */s/ Kathleen T. Zellner (by BTHjr w/perm.)*
                                                   Kathleen T. Zellner (*pro hac vice*)
                                                   Attorney for Plaintiff
                                                   4580 Weaver Parkway, Suite 204
                                                   Warrenville, IL 60555
                                                   P: (630) 955-1212
                                                   F: (630) 955-1111

**BRAZIL CLARK, PLLC**

By: *Wesley Clark (by BTHjr w/perm.)*
Wesley Clark, BPR#: 32611
Attorney for Plaintiff
2901 Dobbs Avenue
Nashville, TN 37211
P: 615-730-8619
wesley@brazilclark.com

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr. (BPR #019105)
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com